Alfred G. Rava (SBN 188318)
RAVA LAW FIRM
3667 Voltaire Street
San Diego, CA 92106
Telephone: 619-238-1993
alrava@ravalaw.com

Attorney for Plaintiffs Bert Riddick and Luciano Alexandre and the Putative Class

Peter B. Maretz (SBN 144826)
James E. Pilley (SBN 277269)
JACKSON LEWIS P.C.
225 Broadway, Suite 1800
San Diego, California 92101
Telephone: 619-573-4900
Facsimile: 619-573-4901
Peter.Maretz@jacksonlewis.com
James.Pilley@jacksonlewis.com

Attorneys for Defendant National Rifle Association Of America

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BERT RIDDICK and LUCIANO ALEXANDRE, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA; and DOES 1 through 20, Inclusive,<br>Defendants. | Case No. 2:24-cv-08596-SRM-PVC<br>Assigned to the Hon. Serena R. Murillo<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT REQUEST TO CONTINUE ALL PENDING DEADLINES AND HEARINGS**<br><br>Complaint Filed: October 7, 2024 |

**TO THE HONORABLE COURT OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that Plaintiffs Bert Riddick and Luciano Alexandre ("Plaintiffs") and Defendant National Rifle Association of America, Inc. ("Defendant") (collectively, "the Parties") have reached an agreement in principle to resolve all claims between Plaintiffs and Defendant pending in this action. The parties are in the process of drafting and executing the formal settlement agreement and related dismissal papers. The parties anticipate filing a joint stipulation of dismissal of with prejudice of Plaintiffs' individual claims, and without prejudice as to the claims of the putative class members, which will be filed within ninety (90) days of the date of this Notice. Accordingly, the parties respectfully request that the Court continue all pending deadlines and hearings in this action for ninety (90) days.

Respectfully submitted,

DATED: October 7, 2026

RAVA LAW FIRM
By: /s/ *Alfred G. Rava*
Alfred G. Rava
Attorney for Plaintiff
STEVE FRYE

DATED: October 7, 2026

JACKSON LEWIS P.C.
By: /s/ *Peter B. Maretz*
Peter B. Maretz
James E. Pilley
Attorneys for Defendant
NATIONAL RIFLE ASSOCIATION OF AMERICA

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I, Peter B. Maretz, hereby certify that the content of this document is acceptable to Alfred G. Rava, counsel for Plaintiff Plaintiffs Bert Riddick and Luciano Alexandre, and that I have obtained Mr. Rava's authorization to affix his electronic signature to this document.

DATED: October 7, 2026

JACKSON LEWIS P.C.

By: /s/ *Peter B. Maretz*
Peter B. Maretz
Jame E. Pilley
Attorneys for Defendant NATIONAL RIFLE ASSOCIATION OF AMERICA